RICHMOND NATIONAL BANK OF NEW YORK, Appellant, v. EUGENE V. REGALIA and Others, Respondents.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

FRANK SHAPIRO, Respondent, v. WALDEMAR J. RUBENS, Appellant.— Motion to stay examination before trial denied. Examination to proceed on three days' notice at the place and hour stated in the order. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

THOMAS MCBURNEY SILVIE, Respondent, v. NAOMI S. CLARK, Appellant, and Others, Defendants.— Motion for stay pending appeal granted upon condition that appellant perfect the appeal for Friday, April 10, 1931 ·(for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

EDWARD STOKES, as Administrator, etc., Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion to dismiss appeal denied upon condition that the case be added to the foot of the April term calendar (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted. with ten dollars costs. Present — Lazansky, P. J:, Young, Kapper, Scudder and Davis, JJ.

HARRY J. STYLES, Respondent, v. WILLIAM J. STYLES, SR., and Others, Appellants.— Motion to add appeal to the April term calendar granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

MICHAEL TANENBAUM, Appellant, v. ANNA TANENBAUM, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

WATAMOND REALTY CORPORATION, Appellant, v. MAMIE SCHWARTZ and Others, Defendants, and ROBERT KRAUSS FLOORING CO., INC., and Another, Respondents.— Motion to dismiss appeal denied, with permission to renew upon the same papers at the time of the argument of the appeal. Present — Lazansky, P. J.. Young, Kapper, Scudder and Davis, JJ.

## THIRD DEPARTMENT, MARCH, 1931.

In the Matter of the Claim of CLARA B. ATKINS, Respondent, against JULIUS JOELSON ENTERPRISE and Another, Appellants.

STATE INDUSTRIAL BOARD, Respondent.

PER CURIAM. We find no evidence to support the finding that "deceased was struck by a taxicab;" but disregarding this, we find sufficient evidence to sustain the award. (*Matter of Westerman* v. *Equipment & Supply Co., Inc.*, 252 N. Y. 515, affg. 226 App. Div. 711; *Matter of Caninano* v. *Yellow Taxi Corp.*, 223 id. 804; affd., 249 N. Y. 521; *Matter of Norris* v. *N. Y. C. R. R. Co.*, 246 id. 307; *Matter of Shearer* v. *Niagara Falls Power Co.*, 242 id. 70.) All concur. Award affirmed, with costs to the State Industrial Board.